THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY HEIMOWITZ, Now Known as HENRY HYMES, Appellant.

Argued May 31, 1955; decided July 8, 1955.

*Edward T. Boyle* for appellant.

*Joseph F. Gagliardi, District Attorney (Warren J. Schneider* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.